IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL VAN CASTER
    PLAINTIFF

V.            CASE NO. 18-CV-845-JDP

RANDALL HEPP, CHRIS KRUEGER,
DYLON RANDTKE, LAURA BARTOW,
CANDACE WHITMAN, JULIE LUDWIG,
CHARLES LARSON, ROBERT FRANK,
YVETTE MOORE, ROBERT STELIGA,
DENISE BONNETT, ROBERT WATERMAN,
AND JOHN BAHR,
    DEFENDANTS

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT PLAINTIFF MICHAEL VAN CASTER APPEALS PURSUANT TO 28 U.S.C. § 1292(a)(1) TO THE UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT FROM THE FOLLOWING ORDER:

• THE DISTRICT COURTS JULY 20, 2020 ORDER ENTERING FINAL JUDGMENT IN FAVOR OF DEFENDANTS AND AGAINST PLAINTIFF.

DATED THIS 25 DAY OF JULY, 2020

Legal Loan

RESPECTFULLY SUBMITTED

Michael Van Caster

(1)

MICHAEL VAN CASTER
246966
FOX LAKE CORRECTIONAL INSTITUTION
W10237 LAKE EMILY RD
PO BOX 200
FOX LAKE WI 53933

PRO SE PLAINTIFF

(2)